IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00210-MOC-SCR

| | |
|---|---|
| WAKEMED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| WILLIS TOWERS WATSON | ) |
| SOUTHEAST, INC., | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for McKayla R. Stokes]" (Doc. No. 7) filed May 24, 2023. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: May 24, 2023

_Susan C. Rodriguez_
Susan C. Rodriguez
United States Magistrate Judge